IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Herbert Elesh, | ) | |
| --- | --- | --- |
| Plaintiff. | ) | Case No: 12 C 10355 |
| | ) | |
| v. | ) | |
| | ) | |
| Mortgage Electronic Registration Systems, Inc., et al., | ) | Judge: Kennelly |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants defendants' motion to dismiss in part and denies it in part [dkt. no. 13]. Counts 1, 2, 3, and 4 of the amended complaint are dismissed for failure to state a claim. The Court otherwise denies defendants' motion. Defendants are directed to answer Count 5 by no later than 8/30/13. The case is set for a status hearing on 9/5/13 at 9:30 a.m. The Court will hear and decide at that time plaintiff's motion to compel discovery [dkt. no. 16]. Defendants may file a written response to the motion by no later than 8/27/13.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: August 16, 2013