UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT ELESH ) | |
| ) | |
| ) | No. 12-cv-10355 |
| ) | Hon. Matthew Kennelly |
| Petitioner, ) | |
| v. ) | |
| ) | |
| The Property: ) | |
| 1531 N. Windsor Dr. #311 ) | |
| Arlington Heights, IL 60004 ) | |
| Quasi In-Rem; ) | |
| ) | |
| *and* ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEM, INC., ) | |
| a/k/a MERS, Inc. and | |
| DEUTSCHE BANK TRUST COMPANY ) | |
| ) | |
| DEFENDANTS ) | |

**AMENDED NOTICE OF DEPOSITION**

To: Justin Carter : Morris, Laing, Evans, Brock & Kennedy 1 E. Wacker Dr. Suite 2500 Chicago Illinois 60601

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure the the deposition of the following person will be taken for the purpose of discovery only at 2:00 pm, for one day only, at 401 S. Milwaukee Ave. #160 Wheeling, IL 60090, before a certified Court Reporter for Cook County, State of Illinois using audio and stenographic recording methods.

    DEPONENT        DATE                TIME

Sharon Horstkamp        November 25, 2013        2:00 pm
corporate capacity: Vice President, Associate Secretary
(Signatory of the Corporate Resolution produced in Discovery)
testimony: Christina Carter's commencement and departure at MERS, her capacity as
       a certifying officer, supervisory role by deponent, authority of deponent over her
       and communications with her and her performance as a certifying officer; her
       knowledge of robo-siging by MERS certtifying officers and remedial actions by
       MERS to prevent future allegations of robo-signing by Christina Carter and others.

**PLEASE BE ADVISED THAT** you are commanded to bring any and all documents relating to the allegations set forth in Plaintiff's Complaint, including but not limited to any documents, including any corporate resolutions authorizing "Signing Officers" for Ocwen Loan Servicing, LLC for 2010 and 2011 including Christina Carter.

Herbert Elesh
1659 Winnetka Rd.
Glenview IL 60025

_____
Herbert Elesh

## CERTIFICATE OF SERVICE

I, Plaintiff Herbert Elesh, certify that a true and correct copy of the attached Notice of Depostion was served upon: Justin Carter : Morris, Laing, Evans, Brock & Kennedy 1 E. Wacker Dr. Suite 2500 Chicago Illinois 60601
by first class mail, fully prepaid, on or before 5:00 pm on November 2, 2013.

_____
Herbert N. Elesh

Herbert Elesh
1659 Winnetka Rd.
Glenview IL 60025